IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEY STRAUSS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No.:   1:22cv52 (RCL) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

### MOTION FOR LEAVE TO AMEND

COMES NOW, Plaintiffs, by counsel, and hereby move the Court for an Order amending the Complaint, ECF No. 1, to reflect a legal name change of one plaintiff. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint in this case on January 10, 2022. ECF No. 1.

2. One named plaintiff was identified therein as "Chantelle Du Preez." ECF No. 1 at ¶ 14.

3. The Islamic Republic of Iran ("Iran") has been properly served and has failed to respond. *See* ECF No. 14.

4. Default was entered against Iran on December 29, 2022. ECF No. 17.

5. The named plaintiff originally identified throughout the Complaint as "Chantelle Du Preez" was recently married and thereby changed her legal name to Chantelle Botha.

6. Plaintiffs therefore request leave to amend the Complaint to properly identify her throughout the Complaint as "Chantelle Botha."

7. Such name changes can be properly corrected with the filing of an amended complaint.

8. Iran will not be prejudiced in any way if the Court gives Plaintiffs leave to make the above-referenced amendments.

9. Plaintiffs' proposed First Amended Complaint is attached hereto as "Exhibit A."

10. Plaintiffs respectfully request that the Court enter the Proposed Order attached as "Exhibit B" and direct the Clerk to enter Exhibit A as Plaintiffs' First Amended Complaint.

Respectfully submitted,

/s/ Kevin A. Hoffman
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
Maryam M. Atty (DCD Bar No. VA137)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
Email: maryam.atty@singerdavis.law
*Counsel for Plaintiffs*