IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEY STRAUSS et al., )
)
Plaintiffs, )
)
v. ) Case No.: 1:22cv52 (RCL)
)
ISLAMIC REPUBLIC OF IRAN, )
)
Defendant. )

**[PROPOSED] ORDER GRANTING LEAVE TO AMEND**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to Amend (the "Motion"). ECF No. 18. WHEREFORE the Court, upon consideration of the Motion, is of the opinion that the Motion should be GRANTED; and it is therefore:

ADJUDGED, ORDERED, AND DECREED that the named plaintiff originally identified as "CHANTELLE DU PREEZ" shall henceforth be identified as "CHANTELLE BOTHA."

The Clerk is hereby DIRECTED to file Plaintiffs' First Amended Complaint, attached as Exhibit A to the instant Motion, ECF No. 18-1, as of the date of entry of this Order.

Entered this 27th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE