IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOEY STRAUSS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:    1:22cv52 (RCL) |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING LEAVE TO AMEND**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to Amend (the "Motion"). ECF No. 25. WHEREFORE the Court, upon consideration of the Motion, is of the opinion that the Motion should be GRANTED; and it is therefore:

ADJUDGED, ORDERED, AND DECREED that the named plaintiff originally identified as "STEPHNE HARTSLIEF" shall henceforth be identified as "STEPHNE DU PREEZ;" and

ADJUDGED, ORDERED, AND DECREED that the named plaintiff originally identified as "JEAN STRAUSS" shall henceforth be identified as "JEAN CAMERON."

The Clerk is hereby DIRECTED to change the party names on record and in the case caption to reflect this Order.

Entered this 21st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE