IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEY STRAUSS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )     Case No.:    1:22cv52 (RCL) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## [PROPOSED] ORDER GRANTING LEAVE TO AMEND

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to Amend (the "Motion"). ECF No. 28. WHEREFORE the Court, upon consideration of the Motion, is of the opinion that the Motion should be GRANTED and the Clerk is hereby DIRECTED to file Plaintiffs' Second Amended Complaint, attached as Exhibit C to the instant Motion, ECF No. 28-3, as of the date of entry of this Order.

Entered this **23rd** day of **May**, 2024.

_____
UNITED STATES DISTRICT JUDGE