JOEY STRAUSS, *et al.*

    *Plaintiffs*,

v.

THE ISLAMIC REPUBLIC OF IRAN,

    *Defendants.*

Case No. 22-cv-00052-RCL

## ORDER AND JUDGMENT

For the reasons stated in the Court's accompanying Memorandum Opinion, the Plaintiffs' Motion [ECF No. 31] for Default Judgment is **GRANTED**.

It is further **ORDERED** that Alan Balaran be appointed as special master to take evidence of damages and consider the appropriate award of damages to plaintiffs. He shall also complete such other duties as are specified in the Court's Order of Reference, which is forthcoming. The Court will and defer consideration of punitive damages until such time as the Special Master has issues his report and recommendations.

    **IT IS SO ORDERED.**

Date: 7 March, 2025

Royce C. Lamberth
United States District Judge